NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ANTHONY R. TURNER,**
*Plaintiff-Appellant*

**v.**

**UNITED STATES,**
*Defendant-Appellee*

---

2024-1163

---

Appeal from the United States Court of Federal Claims in No. 1:23-cv-01551-DAT, Judge David A. Tapp.

---

## O R D E R

Upon consideration of the court's January 22, 2024 and March 20, 2024 orders and Anthony R. Turner's failure to submit the court's filing fee,

IT IS ORDERED THAT:

(1) The appeal is dismissed for failure to prosecute. *See* Fed. Cir. R. 52(d).

2                                                        TURNER v. US

(2)  All pending motions are denied as moot.

FOR THE COURT



Jarrett B. Perlow<br>Clerk of Court

April 24, 2023
Date